UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60128-CR-COHN

UNITED STATES OF AMERICA,

vs.

PETER SPITZ,

    Defendant.
_____/

## ORDER AFFIRMING DETENTION ORDER

**THIS CAUSE** is before the Court upon Defendant Peter Spitz's Appeal of Pretrial Detention Order, entered on May 15, 2008 [DE 32]. The Court has conducted a *de novo* review of the transcript of the detention hearing held on May 13, 2008, the Government's Proffer [DE 24], the Detention Order [DE 27], and the factors enumerated in 18 U.S.C. §3142(g).

This Court adopts the findings of fact set forth in Judge Seltzer's Detention Order, as they are supported by clear and convincing evidence. In addition, this Court finds that the statement of reasons for detention is sufficiently clear and specific. The likelihood of the Defendant appearing in Court as ordered if released on bond is undermined by the strength of the Government's case and the likelihood of conviction, the Defendant's history of international travel and contacts throughout the world, the Defendant's ability to acquire fraudulent documentation, and the Defendant's lack of ties to the South Florida community. The Court finds no exceptional reason why detention would not be appropriate. See 18 U.S.C. §3145(c). Therefore, it is

**ORDERED AND ADJUDGED** that the Detention Order dated May 15, 2008 [DE

27] is hereby **AFFIRMED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12th day of June, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record