UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60128-CR-COHN-SELTZER

UNITED STATES OF AMERICA,
          Plaintiff,

VS.

PETER SPITZ,
          Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court for hearing on Defendant Peter Spitz's Motion to File Pretrial Motions [DE 43] and the Court having discussed with the parties scheduling and other pretrial matters, it is

ORDERED and ADJUDGED that Defendant's Motion to File Pretrial Motions is hereby **GRANTED**.

1. Any pretrial motion other than those related to 404(b) Evidence, must be filed no later than July 8, 2008.

2. Expert Summaries and any notice regarding 404(b) Evidence must be filed no later than July 15, 2008.

3. Any motions in limine regarding 404(b) evidence must be filed no later than July 22, 2008.

    DONE AND ORDERED in Fort Lauderdale, Florida this 3rd day of July 2008.

                                          JAMES I. COHN
                                          UNITED STATES DISTRICT JUDGE

cc:    Michael Walleisa, AUSA
        Arthur Wallace, Esq.