UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60128-CR-COHN

UNITED STATES OF AMERICA,

v.

PETER SPITZ,

    Defendant.
_____/

## ORDER OVERRULING OBJECTIONS TO 404(B) EVIDENCE

**THIS CAUSE** is before the Court upon Defendant Peter Spitz's First Motion and Objection Directed to 404(B) Evidence [DE 66]. The Court has considered the Defendants' Objections, the arguments made by the parties at a hearing conducted on August 7, 2008, and the record, and is otherwise fully advised in the premises. For the reasons stated in open court at the conclusion of the hearing, it is hereby

**ORDERED AND ADJUDGED** that the Defendants' Objections to 404(b) Evidence are **OVERRULED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 18th day of August, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record