UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60128-CR-COHN



UNITED STATES OF AMERICA,

vs.

PETER SPITZ,

      Defendant.
_____/

## ORDER DENYING DEFENDANT'S FIRST MOTION TO SUPPRESS RECORDED CONVERSATIONS

**THIS CAUSE** is before the Court on Defendant Peter Spitz's First Motion to Suppress Recorded Conversations [DE 50]. The Court has considered the Motion, the Government's Response [DE 72], and is otherwise advised in the premises.

The Court finds that the recorded conversations between the Confidential Informant and the Defendant and those between an individual in the United Kingdom and the Defendant were all recorded with the consent of a participant acting on behalf of and at the direction of law enforcement. United States v. White, 401 U.S. 745 (1971); United States v. Laetividal-Gonzalez, 939 F.2d 1455 (11th Cir. 1991). The CI and the monitoring agents were located in Broward County, Florida and these calls were routed through a virtual office via a website and recorded in accordance with 18 U.S.C. § 2511.

The four calls between the Defendant and an individual in the United Kingdom do not violate the Regulation of Investigatory Powers Act of the United Kingdom as these recordings do not fall within the definition of interception. Where one party consents to the interception, no warrant is required under British law. The Court further

finds that the United States law enforcement officers acted in good faith and reasonably relied upon the legality of the recordings pursuant to RIPA.  <u>United States v. Peterson</u>, 812 F.2d 486 (9th Cir. 1987).  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's First Motion to Suppress Recorded Conversations [DE 50] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 9th day of September, 2008.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

2